UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROXANA SABERI,

    *Plaintiff*,

  v.

THE GOVERNMENT OF THE ISLAMIC REPUBLIC OF IRAN,

    *Defendant.*

No. 19-cv-1081 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiff's Motion for Default Judgment, Dkt. 19, is **GRANTED**.  It is further

**ORDERED** that judgment is entered in favor of the plaintiff, Roxana Saberi, in the amount of $12,151,080.81 in compensatory damages, and $12,151,080.81 in punitive damages.

The Clerk of Court is directed to close this case.

DABNEY L. FRIEDRICH
United States District Judge

March 30, 2021